IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal Case No. 3:03cr00008-4 |
| | ) | |
| **v.** | ) | **2255 FINAL ORDER** |
| | ) | |
| **TADASHI DEMETRIUS KEYES** | ) | By: Norman K. Moon |
| | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED** that Keyes' motion pursuant to 28 U.S.C. § 2255 is **DISMISSED** and this action is **STRICKEN** from the active docket of the court.

Further, finding that Keyes has failed to make a substantial showing of the denial of a constitutional right as required by 28 U.S.C. § 2253(c)(1), a certificate of appealability is **DENIED**.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to petitioner.

**ENTER:** This 20th day of March, 2013.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE