IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 3:03cr00008-4 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TADASHI DEMETRIUS KEYES | ) | By: Norman K. Moon |
| | ) | United States District Judge |

In accordance with the accompanying memorandum opinion, it is hereby

**ADJUDGED AND ORDERED**

as follows:

1. Keyes' motion to vacate (Docket No. 384) is **DENIED** and Keyes' motion is **CONSTRUED** as a Motion to Vacate, Set Aside or Correct Sentence, pursuant to 28 U.S.C. § 2255;

2. The clerk is **DIRECTED** to re-docket the motion (Docket No. 384) as a § 2255 motion;

3. The § 2255 motion is hereby **DENIED** without prejudice as successive and stricken from the active docket; and

4. A certificate of appealability is **DENIED**, based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right.

**ENTER**: This __3rd__ day of October, 2013.

_Norman K. Moon_
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE